**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, | Case No.: 2:21-cv-01757-APG-DJA |
|     Plaintiff | **Order Dismissing Defendant Subscriber** |
| v. | |
| SUBSCRIBER ASSIGNED IP ADDRESS 98.181.146.92, | |
|     Defendant | |

On January 25, 2022, the clerk of court issued a notice to plaintiff Strike 3 Holdings, LLC because no proof of service had been filed as to defendant Subscriber assigned IP address 98.181.146.92. ECF No. 10.  The notice advised Strike 3 that its claims against this defendant would be dismissed without prejudice unless, by February 24, 2022, it filed proof of service or showed good cause for why service had not been accomplished. *Id.*  Strike 3 did not respond.

I THEREFORE ORDER that plaintiff Strike 3 Holdings, LLC's claims against defendant Subscriber assigned IP address 98.181.146.92 are dismissed without prejudice for failure to timely serve this defendant.  Because this is the only defendant in this case, the clerk of court is instructed to close this case.

DATED this 1st day of March, 2021.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE